UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.  20-CR-109-A

LOUIS GILBERT,
ANTOINE GILBERT,

          Defendants.

---

## SPEEDY TRIAL ORDER
(March 10, 2021 through May 12, 2021)

On March 10, 2021, a status conference in the above-referenced case was conducted by video conference before the Honorable Richard J. Arcara, United States District Judge. The government appeared by Pierre R. Antoine, Assistant United States Attorney, and Laura A. Higgins, Assistant United States Attorney. The defendant, Louis Gilbert, appeared with his attorney Jeremy Schwartz, Esq. The defendant, Antoine Gilbert, appeared with his attorney Anthony Lana, Esq. Defense counsel both advised the Court that additional time is needed to speak with the defendants regarding plea agreements and requested a continuance to facilitate possible changes of plea.

Based upon the representations of the parties, including consent of the defendants, and pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the Court found that the interests of the public and the defendants in a speedy trial were outweighed by interests of the defendants and the government in the certainty, efficiency, and fairness of a favorable guilty plea disposition. Accordingly, the Court excluded time from March 10, 2021, through and

2

including May 12, 2021, for Speedy Trial Act purposes pursuant to the provisions of Title 18, United States Code, Section 3161(h)(7)(A).

DATED: Buffalo, New York, March 24, 2021.

_____
HON. RICHARD J. ARCARA
United States District Judge