Alan Carter-Fambo

94 Rogers Drive

Cheektowaga NY, 14225

AlanCarterFambo@Gmail.com

(716) 888-0469



October 10, 2021

Honorable Richard J Arcara,

My name is Alan Carter-Fambo. I am the cousin of Antione Gilbert. I am writing this letter on behalf of Antoine Gilbert. Antoine Gilbert is a loving son, a great father to his children, and a trusting and devoted friend. Antoine Gilbert has no problem taking responsibility for his actions and is willing to be held accountable for his actions. Antoine Gilbert has always maintained a strong presence in his children's lives and continues to do so. It is my belief Antoine has neglected to see the lasting effect the absence in his children's lives will have on them. Antione has never been away from his children for a long period of time. I believe Antoine's presence from his children will cause additional stress to his family and have a negative effect on his children's lives. The trauma his children will endure from his absence will be felt well into their adulthood. I am asking on behalf of Antoine Gilbert's children that you grant him leniency.

It is truly unfortunate that the actions of adults tend to have negative impact on their loved ones; however, as adults we make mistakes and can make positive change and if anyone knows this, it is Antoine Gilbert. I believe Antoine is ready to make better choices in the near future.

Sincerely,

Alan Carter-Fambo M.SW

Alan Carter Fambro
94 Rogers Drive
Cheektowaga, New York 14225

Hon. Richard J. Arcara
United States District Court
For the Western District of New York
2 Niagara Square
Buffalo, New York 14202

USDC - WDNY
BUFFALO
OCT 14 2021

BUFFALO NY 140
12 OCT 2021 PM 2 L

14202-335050

Beyonka Carter-Fambo
94 Rogers Drive
Cheektowaga, NY 14225
(716) 907-0292
cfam30929@gmail.com
October 4, 2021

RECEIVED
OCT 15 2021
WESTERN ... NEW YORK

Honorable Judge Richard J Arcara

I am writing this letter as a character witness for Antoine Gilbert who will appear in your court. I am Beyonka Carter-Fambo, a Sergeant with the NYS Department of Corrections and Community Supervision since 2004 and the wife of Alan Carter-Fambo, Antoine Gilbert's cousin. I have known Mr. Gilbert for 20 years.

Antoine can be best described as calm, patient, reliable, responsible, respectful, and a provider.

Antoine is a family man who is relied upon heavily by his mother, his children and a host of cousins and extended family members. Antoine is continuously called by family and friends because he is that reliable and selfless. I have witnessed him cook meals, offer advice, and provide shelter to many with no ulterior motive. It can be said at times he can be too generous. Helping others is engrained in him, turning anyone in need is not an option for him. Antoine is an exceptional father who is heavily involved in the upbringing of his children on a day-to-day basis. Antoine loves his children, he's concerned about every facet of their lives.

I understand that Antoine may have made some decisions that require the courts to determine sentencing. Antoine is not a violent person and a lengthy sentence in this instance may not be a necessity since there is no imminent threat to the society. I believe Antoine understands and accepts responsibility for his actions. I am asking you Judge Arcara to consider the effect a lengthy sentence will have on Antoine's family and those closest to him. Thank you in advance for your time.

Sincerely,

Beyonka Carter-Fambo

Beyonka Carter - Fambro
94 Rogers Drive
Challenger, New York 14225

Hon. Richard J. Arcara
United States District Court
for the Western District of New York
2 Niagara Square
Buffalo, New York 14202

USDC - WDNY 12 OCT 2021
BUFFALO NY 140
BUFFALO NY 140 BUFFALO NY 21 OCT 2021 PM 5 L
OCT 14 2021
BUFFALO

14202-385099